1 | BENJAMIN B. WAGNER
United States Attorney
2 | JUSTIN L. LEE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | (916) 554-2700



**FILED**

FEB 04 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | 2:13-SW-0654-CKD  2:13-SW-0655-CKD  2:13-SW-0656-CKD  2:13-SW-0657-CKD  2:13-SW-0658-CKD |
| 8524 Florin Road  2004 Michigan Boulevard  3541 Sun Maiden Way  910 Striker Avenue, Suite B  950 Riverside Parkway, Suite 70  23526 Rosewood Road  1900 Danbrook Drive, Unit #1611  28 W. Main Street  1240 Stags Leap Road  5542 E. Kings Canyon Road  1515 N. Willow Avenue | 2:13-SW-0659-CKD  2:13-SW-0660-CKD  2:13-SW-0661-CKD  2:13-SW-0662-CKD  2:13-SW-0662-CKD  2:13-SW-0663-CKD  **ORDER RE: SEARCH OF ELECTRONIC DEVICES**  <u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the United States is authorized to conduct a forensic examination of the electronic devices identified in the Application and seized pursuant to the above-noted search warrants for an additional period of ninety days.

///

///

///

///

1    IT IS FURTHER ORDERED THAT this Order and the United States's Ex Parte Application be, and is, hereby ordered sealed until further order of this Court.

DATED: February 4, 2014

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE